```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF CALIFORNIA        FILED

                                                    2008 MAR 12 AM 8:14
```

| | |
|---|---|
| DAN ROSENZWEIG,<br><br>        Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,,<br><br>        Defendant. | CASE NO. 03CV0627-L(LSP)<br><br>BY: _____ DEPUTY<br>JUDGMENT AND DISMISSAL BY COURT<br>UNDER Local Cv Rule 41.1 FOR WANT OF<br>PROSECUTION |

The above-entitled cause, having come before the court on a calendar called pursuant to notice under Local Cv Rule 41.1, and it appearing to the court that this action has been pending in this court for more than six months without any proceeding having been taken therein during such period, therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled cause is hereby dismissed, without prejudice, for want of prosecution.

DATED: MARCH 10, 2008

                                                M. JAMES LORENZ<br>
                                                UNITED STATES DISTRICT JUDGE

                                                ENTERED ON _____